United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOLENE CALDWELL-KUSHNER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-136 |
| | § | |
| STANDARD INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
HELD ON March 6, 2017 at 8:30 AM**

Appearances:   Anthony Vessel
   Roshank Khosravighasemabadi

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| New parties/class allegations by: | March 13, 2017 |
| Plaintiff's experts to be designated by: | September 1, 2017 |
| Report furnished by: | September 1, 2017 |
| Defendant's experts to be designated by: | October 1, 2017 |
| Report furnished by: | October 1, 2017 |
| Discovery to be completed by: | November 1, 2017 |
| Dispositive motions due by: | November 20, 2017 |
| Docket call to be held at 11:30 AM on: | January 8, 2018 |
| Estimated trial time: 3-5 days | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 6th day of March, 2017.

                                        Kenneth M. Hoyt
                                        United States District Judge